FILED

01/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0612

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0612

| | |
|---|---|
| DALE YATSKO AND JANELLE YATSKO D/B/A GREEN CREEK DISPENSARY,<br><br>      Plaintiffs – Appellees,<br>v.<br><br>CASCADE COUNTY, MONTANA,<br><br>      Defendant – Appellant. | **GRANT OF EXTENSION** |

Upon review of Appellant's Unopposed Motion for Extension to File Appellant's Opening Brief and with good cause;

IT IS HEREBY ORDERED that Appellants are granted an extension up to and including Monday March 14, 2022 in which to file and serve their opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 26 2022